## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00010 |
| | ) | Judge Trauger |
| ERIC LAMONT GOODNER | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the defendant shall file a Reply to the government's

Opposition (Docket No. 50) by October 19, 2012.

It is so **ORDERED**.

ENTER this 12th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge